# UNITED STATES DISTRICT COURT

## District of Minnesota

Fowsi Nasier Salah

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00551-PJS-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner's detention is arbitrary and capricious and violates the Due Process Clause of the Fifth Amendment because formal reopening proceedings have not been initiated.
3. Respondents are ORDERED to release petitioner subject to his previous conditions of supervision. If petitioner is in Minnesota, respondents must immediately release petitioner from custody. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota and then immediately release him from custody.
4. The Court awards petitioner reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

a. Within 14 days, petitioner must file an affidavit and any attachments necessary to document his fees and costs.

b. Respondents' response, if any, must be filed within 7 days after petitioner's affidavit is filed.

Date: 2/6/2026

KATE M. FOGARTY, CLERK