# UNITED STATES DISTRICT COURT
## District of Minnesota

Fowsi Nasier Salah,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00551-PJS-ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner is awarded $2,505 in attorney fees and costs under the Equal Access to Justice Act (“EAJA”), 28 U.S.C. § 2412; and

2. The Federal Respondents must make payment to Petitioner’s counsel within 30 days after the later of: (a) the Court’s entry of the proposed order; or (b) the restoration of appropriations to the Department of Homeland Security.

Date: 2/26/2026

KATE M. FOGARTY, CLERK